**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000678
11-APR-2024
08:07 AM
Dkt. 15 ODSD**

NO. CAAP-23-0000678

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JONAS MOLLOY, Petitioner-Appellant, v.
DUSAN JOUPPI and CHEYENNE JOUPPI, Respondents-Appellees

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CASE NO. 3DSS-23-0000055)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before February 20, 2024;

(2) Self-represented Petitioner-Appellant Jonas Molloy (Molloy) failed to file the opening brief or request an extension of time;

(3) On March 8, 2024, the appellate clerk entered a default notice informing Molloy that the time for filing the opening brief had expired, the matter would be called to the court's attention on March 18, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Molloy could request relief from default by motion; and

(4) Molloy has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, April 11, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge